ANDREW B. FINBERG [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 23-13316 (ABA)

Monthly Payment: $887.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

Tristan R. Raines
515 Newport Road
Millville, NJ  08332

### For the period of 01/01/2023 to 12/31/2023
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 05/30/2023 | $685.00 | 06/26/2023 | $685.00 | 07/31/2023 | $687.00 | 08/30/2023 | $887.00 |
| 10/02/2023 | $887.00 | 10/30/2023 | $887.00 | 12/01/2023 | $887.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | TRISTAN R. RAINES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $4,310.00 | $4,265.08 | $44.92 | $4,265.08 |
| 1 | CAPITAL ONE BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | KML LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | LAKEVIEW LOAN SERVICING, LLC | 24 | $41,231.66 | $0.00 | $41,231.66 | $0.00 |
| 4 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | VERIZON BY AMERICAN INFOSOURCE | 33 | $104.76 | $0.00 | $104.76 | $0.00 |
| 8 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $1,045.23 | $0.00 | $1,045.23 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 05/01/2023 | 2.00 | $0.00 |
| 07/01/2023 | Paid to Date | $1,370.00 |
| 08/01/2023 | 57.00 | $887.00 |
| 05/01/2028 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Total payments received this period:          $5,605.00

Total paid to creditors this period:          $4,265.08

Undistributed Funds on Hand:                  $801.85

Arrearages:                                   $1,087.00

Attorney:                                     MOSHE ROTHENBERG, ESQUIRE

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**