ANDREW B. FINBERG [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 23-13316 (ABA)**

Tristan R. Raines
515 Newport Road
Millville, NJ 08332

Monthly Payment: $887.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2024 | $887.00 | 01/31/2024 | $887.00 | 02/26/2024 | $887.00 | 04/01/2024 | $887.00 |
| 05/01/2024 | $887.00 | 05/24/2024 | $887.00 | 07/09/2024 | $887.00 | 07/30/2024 | $887.00 |
| 09/04/2024 | $887.00 | 09/25/2024 | $887.00 | 10/22/2024 | $887.00 | 11/20/2024 | $887.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TRISTAN R. RAINES | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $4,310.00 | $4,310.00 | $0.00 | $4,265.08 |
| 1 | CAPITAL ONE BANK USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | KML LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | M & T BANK | 24 | $41,231.66 | $10,347.18 | $30,884.48 | $0.00 |
| 4 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | VERIZON BY AMERICAN INFOSOURCE | 33 | $104.76 | $0.00 | $104.76 | $0.00 |
| 8 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $1,045.23 | $0.00 | $1,045.23 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2023 | 2.00 | $0.00 |
| 07/01/2023 | Paid to Date | $1,370.00 |
| 08/01/2023 | 57.00 | $887.00 |
| 05/01/2028 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $10,644.00 |
| Total paid to creditors this period: | $4,265.08 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $200.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**